EXHIBIT B

| Claim 1 | Construction | Southern Company FlexNet System |
|---|---|---|
| A communicator for wirelessly transmitting frames to and receiving frames from a least one additional communicator in accordance with a predetermined medium access control protocol, the communicators which transmit and receive the frames constituting a Group, each communicator including a transmitter and a receiver for transmitting and receiving the frames respectively, the medium access control protocol controlling each communicator of the Group to effect predetermined functions comprising: | A "communicator" is "a device capable of communication." *Atlas IP, LLC v. St. Jude Med., Inc.*, 2014 U.S. Dist. LEXIS 104109 at *16 (S.D. Fla. July 30, 2014). <br><br> A "medium access protocol" is a "protocol for selectively activating and deactivating the transmitters and receivers of the means for communicating between the resources to save electrical power consumed while still permitting LAN-like functionality." <br><br> A "frame" is "an ordered group of bits." '734 Patent at 1:41-43. | Southern Company (SC) has established FlexNet AMI system for its subsidiaries in a contract with Sensus. SC deployed the FlexNet wide area networks ("WANs") comprising communicators including at least some of: <br> • FlexNet base stations <br> • Smart Gateways <br> • Field Logic Controllers <br> • Remote Capacitor Banks <br> • Remote Telemetry Modules <br> • Remote IO Controllers <br> • Field Logic Controllers <br> • Load Control Modules <br> • NaviComm <br> • iCon meters <br><br> which communicate using wireless technology. <br><br> The FlexNet base stations communicate with meters, gateways, and controllers (nodes) with a ***protocol*** over the 896-960 MHz frequency bands. The wireless protocol specifies the ***functions*** of the base stations and the nodes below. <br> The base station communicates with the meters, gateways and controllers using, *inter alia*, scheduled messages and queries [communicated in ***frames***]. |
| designating one of the communicators of the Group as a hub and the remaining the communicators of the | A "hub" is a "communicator that has been designated by the medium access control protocol to control communications to and from the remotes." '734 Patent at 5:42-66, | The protocol ***designates*** the base station to perform the functions of the ***hub***, and the nodes to perform the functions of ***remotes***. |

| | | |
|---|---|---|
| Group as remotes | 10:33-49, 11:28-30, 13:67-14:14, 43:3-17, Figs. 1- 3, 11, 18. | |
| the hub establishing repeating communication cycles, each communication | A "communication cycle" is "a series of intervals for outbound and inbound | The base station receives data from meters, gateways or controllers (hereinafter nodes or remotes) at prescheduled intervals or "on demand" providing real-time updates from all or selected nodes.<br><br>The base station [*hub*] *establishes* a *communication cycle* by transmitting a read request message or a power status check message to a node [*remote*]. The read request message is sent during one *interval* in the *communication cycle*, and the node sends a message or a power status message to the base station in a subsequent *interval* within the *communication cycle*. |
| the hub transmitting cycle establishing information to the remotes to establish the communication cycle and a plurality of predeterminable intervals during each communication cycle, the intervals being ones when the hub is allowed to transmit frames to the remotes, when the remotes are allowed to transmit frames to the hub, and when each remote is expected to receive a frame from the hub; | "[W]e today hold that the starting time and duration of the cycle and of remote-transmission intervals within each cycle must be communicated by the hub to the remotes before the time at which remotes may begin transmitting." *Atlas IP, LLC v. St. Jude Med., Inc.*, 804 F.3d 1185, 1188 (Fed. Cir. 2015). | The base station [*hub*] *communicates the starting time and duration of the cycle and constituent intervals* to the nodes [*remote*]. The *starting time* is communicated to the node when it programs the nodes and the nodes wake up at specific intervals to transmit specific information and/or when the hub transmits the read request message or the power status check message to the node, *i.e.,* the transmission is the *starting time*.<br><br>The read request (a request for electricity usage or water usage or gas usage and other specific data and power status check request) messages, and the responses thereto, are of fixed length or *duration*. The type of request message transmitted by the base |

| | | | station informs the nodes of the *duration* of each *interval* of the *communication cycle*, *e.g.*, an interval length sufficient to transmit a fixed length read request from the base station to the node [*the interval when the hub is allowed to transmit frames to the remote and when the remote is expected to receive frames from the hub*], and an interval length sufficient to transmit a read response from the nodes to the base station. [*the interval when the remote is allowed to transmit frames to the hub*]. |
|---|---|---|---|
| the hub transmitting a frame containing the cycle establishing information which establishes both an outbound portion of the communication cycle when the hub transmits frames to the remotes and an inbound portion of the communication cycle when the remotes transmit frames to the hub, the frame containing the cycle establishing information also establishing the predetermined intervals during the outbound and inbound portions of the communication cycle when each remote is | A "frame" is "an ordered group of bits." '734 Patent at 1:41-43.<br><br>A "communication cycle" is "a series of intervals for outbound and inbound communications." '734 Patent at 5:44-58, 7:12-18, 11:38-55, 13:12-36, 27:54-28:64, 32:19-22, 33:8-27, 37:32-38:33, Figs. 3, 10-11, 18-19. | | The read request and power status check request messages are "an ordered group of bits," *i.e.*, they are *frames*. As explained above, these message [*frames*] contain information establishing the communication cycle, including the *interval* in which a read request or power status check request messages is sent from the base station [*hub*] to the nodes [*remote*] [*the outbound portion of the communication cycle*], and the *interval* in which a read message or power status message is sent from the nodes [*remote*] to the base station [*hub*] [*the inbound portion of the communication cycle*] |

| | | |
|---|---|---|
| allowed to transmit and receive; | | |
| the remotes powering off their transmitters during times other than those intervals when the remote is allowed to transmit frames to the hub, by using the cycle establishing information transmitted from the hub; and | "Powering off" means "to disable or power down circuitry." '734 Patent at 28:38-44.<br><br>An "interval" occurs within a communication cycle. Atlas IP, LLC v. Medtronic, Inc., 2014 U.S. Dist. LEXIS 143 at *42 (S.D. Fla. Oct. 8, 2014). | The nodes [*remotes*] have a radio transceiver that utilizes the licensed 896-960 MHz band.<br>The nodes [*remotes*] communicate with the base station [*hub*] using half- duplex radio frequency communications. In half-duplex communications, a smart meters [*remotes*] power down the transmitter circuitry of the radio transceiver during the *interval of the communication cycle* in which it is receiving the read request and power status check request messages [*frames*]. |
| the remotes powering off their receivers during times other than those intervals when the remote is expected to receive a frame from the hub, by using the cycle establishing information transmitted from the hub. | "Powering off" means "to disable or power down circuitry." '734 Patent at 28:38-44.<br><br>An "interval" occurs within a communication cycle. Atlas IP, LLC v. Medtronic, Inc., 2014 U.S. Dist. LEXIS 143 at *42 (S.D. Fla. Oct. 8, 2014). | The nodes [*remotes*] communicate with the base station [*hub*] using two way radio frequency communications. In half-duplex communications, a nodes [*remotes*] power down the receiver circuitry of the radio transceiver during the *interval of the communication cycle* in which it is transmitting the read and power status check request messages [*frames*]. |